**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-1035-PAB-KLM

KAREN GARNER,

    Plaintiff,

v.

CITY OF LOVELAND, a Colorado municipality,
OFFICER AUSTIN HOPP, Loveland Police Officer, in his individual capacity,
OFFICER DARIA JALALI, Loveland Police Officer, in her individual capacity,
SERGEANT PHILIP METZLER, Loveland Police Officer, in his individual capacity,
TYLER BLACKETT, Loveland Community Service Officer, in his individual capacity, and
SERGEANT ANTOLINA HILL, Loveland Police Officer, in her individual capacity.

    Defendants.

---

**STIPULATED MOTION TO STAY CASE AND CONTINUE
SCHEDULING CONFERENCE**

---

Plaintiff, **KAREN GARNER**, by her attorney, **SARAH SCHIELKE**, of **THE LIFE & LIBERTY LAW OFFICE**, and Defendant, **CITY OF LOVELAND**, by its attorney, **ERIC M. ZIPORIN**, of the law firm of **SGR, LLC**, Defendant, **AUSTIN HOPP**, by his attorneys, **GORDON VAUGHAN** and **SARA COOK** of the law firm **VAUGHAN & DeMURO**, Defendant, **DARIA JALALI**, by her attorneys, **JONATHAN M. ABRAMSON** and **YULIA NIKOLAEVSKAYA**, of the law firm **KISSINGER & FELLMAN, P.C.**, Defendant, **PHILIP METZLER**, by his attorneys, **JOSH MARKS** and **DJ GORDLFARB**, of the law firm **BERG HILL GREENLEAF RUSCITT**I, Defendant, **TYLER BLACKETT**, by his attorney, **PETER**

**H. DOHERTY** of the law firm **LASATER & MARTIN, P.C.**; and Defendant, **ANTOLINA HILL**, by her attorneys, **KATHERINE M.L. PRATT** and **SAUGAT THAPA**, of the law firm **WELLS, ANDERSON & RACE, LLC**, and pursuant to D.C.COLO.LCivR 16.6, respectfully request that the Court stay this case and continue the scheduling conference to the earliest possible date.

**IN SUPPORT THEREOF**, the parties state as follows:

1. The Court may, to facilitate settlement or resolution of a suit, "stay the action in whole or in part during a time certain or until further order." D.C.COLO.LCivR 16.6(a).

2. The parties are scheduled for mediation with Judge William Neighbors of the Judicial Arbiter Group, Inc. on July 7, 2021, at 9:00 AM.

3. The responsive pleading deadline for some Defendants is June 14, 2021.

4. The Scheduling Conference is set for July 14, 2021, seven (7) days after the scheduled mediation.

5. The parties agree that, given the upcoming mediation, a brief stay of the case and a continuance of the Scheduling Conference would conserve resources and promote the efficient administration of justice.

6. Should the case resolve at mediation, the parties will immediately notify the Court of same.

7. The parties respectfully request a new uniform responsive pleading deadline for all Defendants of July 28, 2021.

8. The parties respectfully request that this Court continue the Scheduling Conference to the earliest possible date, in August or September if possible.

**WHEREFORE**, the parties respectfully request that the Court grant their stipulated motion and enter the following orders:

**A.** That all Defendants' responsive pleading deadlines are extended to July 28, 2021; and

**B.** That the Scheduling Conference set for July 14, 2021 is vacated, and is to be reset on the earliest possible date, in August or September, if possible.

Respectfully submitted,

/s/ Sarah Schielke
***Sarah Schielke***
The Life & Liberty Law Office
1209 Cleveland Avenue
Loveland, Colorado 80537
Email: sarah@lifeandlibertylaw.com
*Attorney for Plaintiff*


/s/ Eric M. Ziporin
***Eric M. Ziporin***
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone: (303) 320-0509
Facsimile: (303) 320-0210
Email:  eziporin@sgrllc.com
*Attorney for Defendant City of Loveland*

/s/ Sara L. Cook
***Sara L. Cook*** 
Vaughan & DeMuro
111 South Tejon Street, Suite 545
Colorado Springs, CO 80903
Telephone: (719) 578-5500
Email: scook@vaughandemuro.com
*Attorney for Defendant Austin Hopp*


/s/  Jonathan M. Abramson
***Jonathan M. Abramson***
Kissinger & Fellman, P.C.
Ptarmigan Place, Suite 900
3773 Cherry Creek North Drive
Denver, CO  80209
Telephone: (303) 320-6100
Facsimile: (303) 327-8601
Email: jonathan@kandf.com
*Attorney for Defendant Daria Jalali*


/s/ Katherine M.L. Pratt
***Katherine M.L. Pratt***
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO  80290
Telephone: (303) 830-1212
Email: kpratt@warllc.com
*Attorney for Defendant Antolina Hill*


/s/ Peter H. Doherty
***Peter H. Doherty***
Lasater & Martin, P.C.
8822 Ridgeline Blvd, Suite 405
Highlands Ranch, CO  80129
Telephone: (303) 730-3900
Email: peter@lasaterandmartin.com
*Attorney for Defendant Tyler Blackett*

/s/ Josh A. Marks
**Josh A. Marks**
*David J. Goldfarb*
Berg Hill Greenleaf Ruscitti LLP
1712 Pearl Street
Boulder, CO 80302
Phone: (303) 402-1600
Fax: (303) 402-1601
Email: jam@bhgrlaw.com
Email: jam@bhgrlaw.com
*Attorney for Defendant Philip Metzler*

01914724.DOCX