IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01035-PAB-KLM

KAREN GARNER,

    Plaintiff,

v.

CITY OF LOVELAND, a Colorado municipality,
OFFICER AUSTIN HOPP, Loveland Police Officer, in his individual capacity,
OFFICER DARIA JALALI, Loveland Police Officer, in her individual capacity,
SERGEANT PHILIP METZLER, Loveland Police Officer, in his individual capacity,
TYLER BLACKETT, Loveland Community Service Officer, in his individual capacity, and
SERGEANT ANTOLINA HILL, Loveland Police Officer, in her individual capacity,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Stipulated Motion to Stay Case and Continue Scheduling Conference** [#28] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#28] is **GRANTED**. The case is **STAYED** pursuant to D.C.COLO.LCivR 16.6(a) until **July 7, 2021**, so that the parties may conduct mediation.

    IT IS FURTHER **ORDERED** that within seven (7) days of the mediation, or by **July 14, 2021**, the parties shall notify the Court of the outcome of the mediation.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for July 14, 2021, at 10:00 a.m. is **VACATED**, to be reset if the mediation is unsuccessful.

    Dated:  June 21, 2021