**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 21-cv-1035-PAB-KLM

KAREN GARNER,

Plaintiff,

v.

CITY OF LOVELAND, a Colorado municipality
AUSTIN HOPP, Loveland Police Officer, in his individual capacity,
DARIA JALALI, Loveland Police Officer, in her individual capacity,
SERGEANT PHILIP METZLER, Loveland Police Officer, in his individual capacity,
TYLER BLACKETT, Loveland Community Service Officer, in his individual capacity, and
SERGEANT ANTOLINA HILL, Loveland Police Officer, in her individual capacity,

Defendants.

---

**STIPULATED MOTION TO DISMISS DEFENDANTS AUSTIN HOPP, DARIA JALALI, SERGEANT PHILIP METZLER, TYLER BLACKETT AND SERGEANT ANTOLINA HILL**

---

Plaintiff and Defendants, by and through their respective undersigned counsel, hereby stipulate and agree to the following, pursuant to Fed. R. Civ. P. 41(a)(2):

1. Plaintiff and the City of Loveland, Colorado have reached a resolution of the case.

2. Plaintiff stipulates and agrees to the dismissal of all remaining claims for relief against Defendants Austin Hopp, Daria Jalali, Sergeant Philip Metzler, Tyler Blackett and Sergeant Antolina Hill, with prejudice.

3. The Court may enter an Order of Dismissal of all claims asserted against Defendants Austin Hopp, Daria Jalali, Sergeant Philip Metzler, Tyler Blackett and Sergeant Antolina Hill, with prejudice, without further action from the parties.

4.     Plaintiff and Defendants Austin Hopp, Daria Jalali, Sergeant Philip Metzler, Tyler Blackett and Sergeant Antolina Hill agree that each party will be responsible for their own attorney fees and costs.

WHEREFORE, the parties respectfully request that the Court enter an Order dismissing all claims asserted by the Plaintiff against Defendants Austin Hopp, Daria Jalali, Sergeant Philip Metzler, Tyler Blackett and Sergeant Antolina Hill, with prejudice, leaving the City of Loveland, Colorado as the sole Defendant in this matter with each party to be responsible for their own attorneys' fees and costs.

Dated this 14th day of September 2021.

*/s/ Sarah Schielke*
Sarah Schielke
The Life & Liberty Law Office
1209 Cleveland Avenue
Loveland, Colorado 80537
Telephone: 970-493-1980
Facsimile: 970-797-4008
Email: sarah@lifeandlibertylaw.com
*ATTORNEY FOR PLAINTIFF*

*/s/ Eric M. Ziporin*
Eric M. Ziporin
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO 80210
Telephone: (303) 320-0509
Facsimile: (303) 320-0210
Email: eziporin@sgrllc.com
*ATTORNEY FOR DEFENDANT CITY OF LOVELAND*

*/s/ Gordon Vaughan*
Gordon Vaughan
Sara L. Cook
Vaughan & DeMuro
111 South Tejon Street, Suite 545
Colorado Springs, CO 80903
Telephone: (719) 578-5500
Email: gvaughan@vaughandemuro.com
         scook@vaughandemuro.com
*ATTORNEYS FOR DEFENDANT AUSTIN HOPP*

*/s/ Jonathan M. Abramson*
*Jonathan M. Abramson*
Yulia Nikolaevskaya
Kissinger & Fellman, P.C.
Ptarmigan Place, Suite 900
3773 Cherry Creek North Drive
Denver, CO 80209
Telephone: (303) 320-6100
Facsimile: (303) 327-8601
Email: jonathan@kandf.com
         julie@kandf.com
*ATTORNEYS FOR DEFENDANT DARIA JALALI*

*s/ David J. Goldfarb*  
David J. Goldfarb  
Josh A. Marks  
Berg Hill Greenleaf Ruscitti LLP  
1712 Pearl Street  
Boulder, CO 80302  
Phone: (303) 402-1600  
Fax: (303) 402-1601  
Email: djg@bhgrlaw.com  
         jam@bhgrlaw.com  
*ATTORNEYS FOR DEFENDANT*  
*PHILIP METZLER*

*/s/ Peter H. Doherty*  
Peter H. Doherty  
Lasater & Martin, P.C.  
8822 S. Ridgeline Blvd., #405  
Highlands Ranch, CO 80129  
Telephone: 303-730-3900  
Facsimile: 303-730-3939  
E-mail: Peter@LasaterandMartin.com  
*ATTORNEY FOR DEFENDANT TYLER*  
*BLACKETT*

*/s/ Katherine M.L. Pratt*  
Katherine M.L. Pratt  
Saugat K. Thapa  
Wells, Anderson & Race, LLC  
1700 Broadway, Suite 1020  
Denver, CO  80290  
Telephone: (303) 830-1212  
Email: kpratt@warllc.com  
         sthapa@warllc.com  
*ATTORNEYS FOR DEFENDANT*  
*ANTOLINA HILL*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Sarah Jay Schielke, Esq. (sarah@lifeandlibertylaw.com)  
*ATTORNEY FOR PLAINTIFF KAREN GARNER*

Eric M. Ziporin, Esq. (eziporin@sgrllc.com)  
*ATTORNEY FOR DEFENDANT CITY OF LOVELAND*

Gordon L. Vaughan, Esq. (gvaughan@vaughandemuro.com)  
Sara Cook, Esq. (scook@vaughandemuro.com)  
*ATTORNEYS FOR DEFENDANT AUSTIN HOPP*

Jonathan M. Abramson, Esq. (jonathan@kandf.com)  
Yulia Nikolaevskaya, Esq. (julie@kandf.com)  
*ATTORNEYS FOR DEFENDANT DARIA JALALI*

Josh A. Marks, Esq. (jam@bhgrlaw.com)
David J. Goldfarb, Esq. (djg@bhgrlaw.com)
*ATTORNEY FOR DEFENDANT PHILIP METZLER*

Peter Doherty, Esq. (peter@lasaterandmartin.com)
*ATTORNEY FOR DEFENDANT TYLER BLACKETT*

Katherine M. L. Pratt, Esq. (kpratt@warllc.com)
Saugat Thapa, Esq. (sthapa@warllc.com)
*ATTORNEYS FOR DEFENDANT ANTOLINA HILL*

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:  N/A

*s/ Elizabeth Jackson*
Elizabeth Jackson, Paralegal
Kissinger & Fellman, P.C.

4